AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Ryan Frank Bautista-Bonneau<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br> Case No. 3:23-mj-00180<br> FPS 23022865 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 14, 2023___ in the county of ___Multnomah___ in the _____ District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1036 | Entry by false pretenses to any real property, vessel, or aircraft of the United States or secure area of any airport or seaport. |

This criminal complaint is based on these facts:

See attached affidavit of Federal Protective Service Special Agent Stephanie Blasingame.

☑ Continued on the attached sheet.

_____
/s/ by Telephone
*Complainant's signature*

Stephanie Blasingame, Special Agent, FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:55__ a.m./p.m.

Date: ___10/15/2023___

_____
*Judge's signature*

City and state: ___Portland, Oregon___

U.S. Magistrate Judge Stacie F. Beckerman
*Printed name and title*